**Opinion issued August 21, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-24-00203-CV

———————————

## IN THE ESTATE OF VICTORIA B. KUBIAK, DECEASED

---

**On Appeal from the Probate Court No. 4**
**Harris County, Texas**
**Trial Court Case No. 502330**

---

## MEMORANDUM OPINION

Appellant, Zachary Kubiak, filed a notice of appeal from the trial court's February 8, 2024 judgment. Appellant has failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief).

The clerk's record was filed in this appeal on April 8, 2024, and the reporter's record was filed on May 22, 2024. After the case was reinstated on the Court's active docket, following a referral to mediation, appellant's briefing deadline was

set at December 16, 2024. *See* TEX. R. APP. P. 38.6(a). Appellant failed to timely file a brief.

On January 16, 2025, the Clerk of this Court notified appellant that the time for filing a brief had expired and the appeal was subject to dismissal unless a brief, or a motion to extend time to file a brief, was filed within ten days of the notice. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of appeal for want of prosecution), 42.3(c) (allowing involuntary dismissal of case for failure to comply with notice from Clerk of Court). Despite the notice that this appeal was subject to dismissal, appellant did not adequately respond.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c); 43.2(f). All pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.